UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE

THE INDEPENDENCE PROJECT INC., et. al.,

        Plaintiffs,

vs.

BRIAD WENCO, L.L.C.,

        Defendant.

Case No. 3:19-cv-06943-FLW-TJB

**ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER is before the Court upon the Stipulation of Voluntary Dismissal With Prejudice. The Court having carefully reviewed said Stipulation and after due consideration, it is

ORDERED AND ADJUDGED as follows:

1. The Stipulation of Voluntary Dismissal With Prejudice filed herein by the Plaintiff, and the Defendants, be and the same is hereby approved;

2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

3. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

Copies furnished to:
Attorneys of record

It is further ordered that the Clerk of the Court is directed to reopen this action and upon entry of this order, the case and docket shall be marked closed.
IT IS SO ORDERED:

_Freda L. Wolfson_
FREDA L. WOLFSON, U.S.D.J.  9-3-19